**95–578.** State v. Walker. ·*Hamilton County,* Nos. C–930461 and C–930465. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. It appears from the records of this court that appellant has not filed a merit brief, due August 8, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

IT IS FURTHER ORDERED that the appellee recover from the appellant its costs herein expended; that a mandate be sent to the Court of Appeals for Hamilton County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Hamilton County for entry.

**95–1424.** State ex rel. DPCC, Inc. v. Maschari. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–1554.** State ex rel. Sartor v. Indus. Comm. *Franklin County,* No. 94APD07–1000. On August 2, 1995, a notice of appeal by the Industrial Commission of Ohio, due July 28, 1995, was inadvertently filed by the Clerk's office. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the notice of appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

**95–1631.** Ottawa Cty. Bd. of Commrs. v. Marblehead. *Ottawa County,* No. OT45050. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by this court that this cause be, and hereby is, dismissed.

*Thursday, August 17, 1995*

## MOTION DOCKET

**95–1650.** Fitch v. Fitch. *Licking County,* No. 94CA105. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective August 16, 1995.

WRIGHT, J., dissents and would set bond at $12,000.

## MISCELLANEOUS DISMISSALS

**95–1318.** State v. Williams. *Lucas County,* No. L–94–171. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective August 16, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.